IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALVIN WASHINGTON                    :
                                    :
        v.                          :               CIVIL ACTION
                                    :               No. 23-2108
PAUL M. YATRON *and*                :
ADA LEAH ROTENBERG                  :

## ORDER

AND NOW, this 27th day of July, 2023, upon consideration of Plaintiff Alvin Washington's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is hereby ORDERED that:

1.    Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2.    The Complaint is DEEMED filed.

3.    The Complaint is DISMISSED WITH PREJUDICE for the reasons stated in the Court's accompanying Memorandum.

4.    The Clerk of Court is DIRECTED to mark this case CLOSED.


                        BY THE COURT:

                        /s/ Juan R. Sánchez
                        JUAN R. SÁNCHEZ, C.J.